UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN CHADWICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:17-cv-03569-WTL-DML |
| ) | |
| STATE OF INDIANA, et al. ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner. The petitioner's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 6/11/18

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DUSTIN CHADWICK
1225 N. Grant Ave.
Indianapolis, IN 46201

James Blaine Martin
INDIANA ATTORNEY GENERAL
james.martin@atg.in.gov